AO 93 (Rev 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

Computer Servers and Records of Hostgator.com, LLC for Information Associated with the E-Mail Account, RPARSA@GMAIL.COM

Case: 1:12-mj-00680
Assigned To : Magistrate Judge Alan Kay
Assign. Date : 8/10/2012
Description: Search And Seizure Warrant

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Northern_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location):*
computer servers and records of Google, Inc., located at 1600 Amphitheater Parkway, Mountain View, California for information associated with the e-mail account, RPARSA@GMAIL.COM

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*
certain property, the disclosure of which is governed by Title 18, U.S.C. Sections 2701 through 2711, namely contents of electronic e-mails and other electronic data more fully described in ATTACHMENT B to this application.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____AUG 2 4 2012_____
*(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.    ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge

_____
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30).*
  ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: AUG 10 2012                    /s/ Judge's signature

City and state: Washington, D.C.                UNITED STATES MAGISTRATE JUDGE ALAN KAY
                                                *Printed name and title*

AO 93 (Rev 12/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>1:12-mj-00680 | Date and time warrant executed:<br>August 24, 2012 | Copy of warrant and inventory left with:<br>Emmie Tran |
| Inventory made in the presence of :<br>S/A James R. Brigham |||
| Inventory of the property taken and name of any person(s) seized:<br><br>One(1) USB drive of data pertaining to the account listed on the search warrant.<br><br>**FILED**<br>SEP -7 2012<br>Clerk, U S. District & Bankruptcy Courts for the District of Columbia |||

| Certification |
|---|
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date: _____<br><br>_James R. Brigham_<br>*Executing Officer's signature*<br><br>James R. Brigham - Special Agent<br>*Printed name and title* |